IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROXANNE J., et al.,

      Plaintiffs,                  No. CIV S-05-2602 KJM

   vs.

NEVADA COUNTY HUMAN
SERVICES AGENCY,

      Defendant.                <u>ORDER</u>

_____/

        A status conference was held before the undersigned on March 6, 2006. Perry Leonard appeared telephonically for plaintiffs. Edward Kiernan appeared telephonically for defendant. As directed at the status conference, plaintiffs have now filed written confirmation of their consent to proceed before the undersigned. Upon review of the status reports, discussion of counsel, and good cause appearing, THE COURT ORDERS AS FOLLOWS:

        1. The transcript of the administrative proceedings shall be filed no later than April 20, 2006.

        2. Cross-motions for summary judgment shall be filed no later than June 21, 2006.

        3. Opposition shall be filed no later than July 21, 2006.

1

1          4.  Reply shall be filed no later than August 7, 2006.

2          5.  Hearing on the cross-motions for summary judgment is set for August 30, 2006

3 at 10:00 a.m. in courtroom no. 26.

4 DATED:  March 22, 2006.

```
                                    _____
                                    UNITED STATES MAGISTRATE JUDGE
```

006
roxannej.oas

2